IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, *et al.*, | ) | CASE NO: 1:22-cv-01981-PAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | MAGISTRATE JUDGE THOMAS M. |
| BEREA CITY SCHOOL DISTRICT, *et al.* | ) | PARKER |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all Plaintiffs, ("Plaintiffs"), and all Defendants, (Plaintiffs and Defendants collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims with prejudice. Parties agree to each pay their own costs, including court costs, and attorneys' fees (unless otherwise agreed privately between the Parties). The Parties further agree this case is settled and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.

Respectfully submitted,

| | |
|---|---|
| */s/Timothy Weyls, Jr* <br> Timothy J. Weyls, Jr. (0069734) <br> Weyls Peters & Chuparkoff, LLC <br> 6505 Rockside Road, Suite 105 <br> Independence, Ohio 44131 <br> (P) 216-264-4822 <br> (F) 216-503-4667 <br> TJ@w-pllc.com <br> *Attorneys for Plaintiff John Doe 1* | */s/ Kathryn Perrico* <br> Kathryn I. Perrico (Reg. No. 0076565) <br>   kperrico@westonhurd.com <br>   Direct Dial: 216-687-3374 <br> Maria Fair (Reg. No. 0087745) <br>   mfair@westonhurd.com <br>   Direct Dial: 216-687-3366 <br> WESTON HURD LLP <br> 1300 East Ninth Street, Suite 1400 <br> Cleveland, Ohio 44114 <br> Telephone:  (216) 241-6602 <br> Facsimile:   (216) 621-8369 <br> *Attorneys for Defendant Berea City School District, Board of Education of the Berea City School District, Tracy Wheeler, Jonathan Hunek, Gregory Hanchuk, James Byczinski, Todd Swisher, William Boone, Adam Howard, Jon Adams, "John Doe 2," and Berea-Midpark High School Athletic Boosters* |
| */s/Michael Feldman* <br> Michael J. Feldman (0039062) <br> Zachary H. Feldman (0096797) <br> Lallo & Feldman CO, LPA <br> 4230 State Route 306, Suite 240 <br> Willoughby, Ohio 44094 <br> (P) 440-953-0362 <br> (F) 440-953-1427 <br> mfeldman@lallofeldman.com <br> *Attorneys for Plaintiff John Doe 9* | |
| */s/John Liber* <br> John R. Liber, II (0058424) <br> Leo M. Spellacy, Jr. (0067304) <br> Thrasher, Dinsmore & Dolan, LPA <br> 1282 West 58th Street <br> Cleveland, Ohio 44102 <br> (P) 216-255-5431 <br> (F) 216-255-5450 <br> jliber@tddlaw.com <br> lspellacy@tddlaw.com <br> *Attorneys for Plaintiff Mark Roe 1* | */s/Amanda Quan* <br> Rebecca J. Bennett (0069566) <br> Amanda T. Quan (0086623) <br> Lauren C. Tompkins (0087304) <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> Key Tower <br> 127 Public Square, Suite 4100 <br> Cleveland, Ohio 44114 <br> (P) 216-241-6100 <br> (F) 216-357-4733 <br> Rebecca.bennett@ogletreedeakins.com <br> Amanda.quan@ogletreedeakins.com <br> Lauren.tompkins-payton@ogletreedeakins.com <br> *Attorneys for Defendant Case Western Reserve University* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Kathryn Perrico*
*One of the Attorneys for Defendant,*
*Berea City School District Board of Education*