granted. /s/ Patricia A. Gaughan 7/10/23

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, *et al.*, | ) | CASE NO: 1:22-cv-01981-PAG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE PATRICIA A. GAUGHAN |
| BEREA CITY SCHOOL DISTRICT, *et al.* | ) ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| Defendants. | ) ) ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all Plaintiffs, ("Plaintiffs"), and all Defendants, (Plaintiffs and Defendants collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims with prejudice.  Parties agree to each pay their own costs, including court costs, and attorneys' fees (unless otherwise agreed privately between the Parties).  The Parties further agree this case is settled and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.